IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24  PM 3:10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JAMES D. CAUSEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civ. No. 04-2568-D/P |
| ) | |
| ENCOMPASS INSURANCE COMPANY ) | |
| f/k/a CNA ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Before the court is plaintiffs' Motion to Compel Discovery, filed May 2, 2005 (Dkt #11). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to plaintiffs' motion to compel has passed. Therefore, the motion is GRANTED. Defendant shall respond to plaintiffs' interrogatories and requests for production of documents requested in plaintiffs' motion to compel within eleven (11) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/24/05
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02568 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Barry L. Howard
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37219--178

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael H. Johnson
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37201--193

Honorable Bernice Donald
US DISTRICT COURT