IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES D. CAUSEY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. <u>04-2568-D/P</u> |
| ENCOMPASS INSURANCE COMPANY f/k/a CNA, | ) |
| Defendant. | ) |

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL**

Presently before the court is defendant's Motion to Compel Discovery, filed on June 1, 2005 (Dkt. #15). By letter dated June 6, 2005, defendant informed the court that he has provided plaintiff with answers to discovery. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 6, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02568 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael H. Johnson
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37201--193

Barry L. Howard
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37219--178

Honorable Bernice Donald
US DISTRICT COURT